Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 9029
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARAM, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:23-cv-00773-PVC<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Michael Aram, Inc., hereby dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 4, 2023                                          DONIGER/BURROUGHS

                                                    By:    /s/ *Stephen M. Doniger*
                                                           Stephen M. Doniger, Esq.
                                                           Kelsey M. Schultz, Esq.
                                                           Attorneys for Plaintiff

1
NOTICE OF DISMISSAL OF ACTION